NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue, # 9, Room 253
Anchorage, AK  99513-7567
Tel. (907) 271-5071
Fax  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:03-CR-00084 (RRB) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ~~PROPOSED~~ **ORDER TO RELEASE** |
| Nadine Lolnitz, | ) | **ATTACHED PFD FUNDS** |
| | ) | |
| Defendant. | ) | |

   Plaintiff's motion to release attached Permanent Fund Dividend funds is hereby GRANTED.

   The attached funds, in the amount of $1,102.96, shall be released from the Registry by the Clerk of Court and deposited into U.S. Treasury Account 0022-6855XX", as payment toward Defendant's criminal restitution.

   IT IS SO ORDERED.

DATED: 1/22/07                              /s/ RALPH R. BEISTLINE
                                            UNITED STATES DISTRICT JUDGE


**DOCUMENT NAME**
Nadine Lolnitz
3:03-CR-00084 (RRB)